**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE REED III,<br><br>    Plaintiff,<br><br>v<br><br>OFFICER ROMANS et al.,<br><br>    Defendants. | Case No C 01-20070 RMW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

    A settlement conference in this matter was held on <u>May 28, 2008</u>. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☐ Office of the California Attorney General

    ☒ Other: Arlene Rosen, Deputy City Attorney

1  (2)    The following individuals, parties, and/or representatives did not appear:

2  (3)    The outcome of the proceeding was:

3          ☐ The case has been completely settled.

4          ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7          ☐ The parties agree to an additional follow up settlement on

8  _____.

9          ☒ The parties are unable to reach an agreement at this time.

10 Date:  5/28/08                                  _____

11                                                  Nandor J Vadas
                                                    United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reed | No. C 01-20070 |
| v. | CERTIFICATE OF SERVICE |
| Romans | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/2/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**George Reed, III**
H-85916
Pleasant Valley State Prison
P.O. Box 8501
Coalinga, CA 93210

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3