1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-6392    Fax: (510) 238-6500
   X01688/549083
5
   Attorneys for Defendant
6  E. ROMANS

7                                                          *E-FILED - 3/5/09*

8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10

11 | GEORGE REED, III,              | Case No. C-01-20070-RMW(PR)
12 |         Plaintiff,             | STIPULATION AND ~~PROPOSED~~
                                    | ORDER TO CONTINUE CASE
13 |    v.                          | MANAGEMENT CONFERENCE
14 | OFFICER ROMANS, et al.         |
15 |         Defendants.            |
16

17         It is hereby stipulated by the parties, through their respective counsel, that
18 the Case Management Conference presently scheduled for March 13, 2009 be continued
19 to **March 27, 2009 at 10:30 a.m.** in Courtroom 6, Fourth Floor, 280 South First Street, San
20 Jose, California. The parties further stipulate and agree to file a joint case management
21 statement no later than **March 20, 2009.**
22 ///
23 ///
24 ///
25 ///
26 ///

1  Good cause exists for this continuance on the ground that Arlene Rosen,
2  counsel for defendant, has a calendar conflict due to a mandatory business shutdown by
3  the City of Oakland on the date currently set for the conference.

4  DATED: February 2, 2009           OFFICE OF THE CITY ATTORNEY OF OAKLAND

6  By: _____
7  Attorneys for Defendant
   E. ROMANS

10 DATED: February 5, 2009           WEIL, GOTSHAL & MANGES, LLP

12 By: _____
13 Attorneys for Plaintiff
   GEORGE REED, III

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference in this matter, currently set for Friday, March 13, 2009 at 10:30 a.m. is continued to Friday, **March 27, 2009 at 10:30 a.m.** The parties shall file a joint case management statement no later than March 20, 2009.

DATED: 3/5/09

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE


**PROOF OF SERVICE**
**GEORGE REED, III, v. OFFICER ROMANS, et al.**
**United States District Court No. C-01-20070-RMW(PR)**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On the date below, I served the within document:

STIPULATION AND PROPOSED ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Greg D. Hull, Esq.
Weil, Gotshal & Manges, L.L.P.
201 Redwood Shores Parkway
Redwood Shores, California 94065

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 6, 2009, at Oakland, California.

BARBARA J. WOODS