GREGORY D. HULL (Bar No. 057367)
SARAH E. BARROWS (Bar No. 253278)
JESSICA L. YARNALL (Bar No. 252282)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*E-FILED - 4/21/09*

Attorneys for Plaintiff
GEORGE REED, III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE REED, III., <br><br> Plaintiff, <br><br> v. <br><br> OFFICER E. ROMANS, <br><br> Defendant. | Case No. C-01-20070-RMW(PR) <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

It is hereby stipulated by the parties, through their respective counsel, that the Case Management Conference presently scheduled for April 24, 2009 be continued to **June 12, 2009 at 10:30 a.m.** in Courtroom 6, Fourth Floor, 280 South First Street, San Jose, California.

//
//
//
//
//
//
//
//

1

1    Good cause exists for this continuance on the ground that Arlene Rosen, counsel
2    for defendant, has a calendar conflict due to a mandatory settlement conference in another matter
3    that was continued to that date by the court, though it was not counsel's preferred date.

GREGORY D. HULL
SARAH E. BARROWS
JESSICA L. YARNALL
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office

Dated: April 13, 2009    By: _____
                             Sarah E. Barrows
                             Attorneys for Plaintiff
                             GEORGE REED III


OFFICE OF THE CITY ATTORNEY
OF OAKLAND

Dated: April 13, 2009    By: _____
                             Attorneys for Defendant
                             OFFICER E. ROMANS


### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference in this matter, presently scheduled for Friday, April 24, 2009 at 10:30 a.m. is continued to Friday, **June 12, 2009 at 10:30 a.m.**

DATED: 4/21/09                *Ronald M. Whyte*
                              UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065-1175 (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on April 13, 2009, I served a copy of:

**STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

☒ **BY U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at WGM in accordance with WGM's ordinary business practices. I am readily familiar with WGM's practice for collection and processing of mail, and know that in the ordinary course of WGM's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

☐ **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through WGM's electronic mail system to the email address(es) set forth in the service list below.

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
ARLENE M. ROSEN, Senior Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612

Executed on April 13, 2009 at Redwood Shores, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_/s/ Rebecca Kraus_
Rebecca Kraus

STIPULATION AND PROPOSED ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE

3

Case No. C-01-20070-RMW(PR)