1   GREGORY D. HULL (Bar No. 057367)
    SARAH E. BARROWS (Bar No. 253278)
2   JESSICA L. YARNALL (Bar No. 252282)
    WEIL, GOTSHAL & MANGES LLP
3   Silicon Valley Office
    201 Redwood Shores Parkway
4   Redwood Shores, CA  94065
    Telephone: (650) 802-3000
5   Facsimile: (650) 802-3100                      *E-FILED - 8/6/09*

6   Attorneys for Plaintiff
    GEORGE REED, III
7

8                   UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  GEORGE REED, III,                    Case No. C-01-20070-RMW(PR)

13              Plaintiff,

14        v.                             [] ORDER
                                         SUBSTITUTING PARTY
15  OFFICER E. ROMANS, et. al.,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

[] ORDER SUBSTITUTING PARTY                    CASE NO. C-01-20070-RMW(PR)

1

**ORDER**

2          Having read and considered the foregoing Motion For Order Substituting Party

3   and good cause appearing therefore,

4          IT IS ORDERED THAT the estate of Officer E. Romans, be and hereby is

5   substituted as a party to this action instead of Officer E. Romans.

6

7   Dated:    8/5/09

8                                                  *Ronald M. Whyte*

9                                          Honorable Ronald M. Whyte
                                           U.S. District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[] ORDER SUBSTITUTING PARTY                          CASE NO. C-01-20070-RMW(PR)

2