1   GREGORY D. HULL (Bar No. 057367)
    SARAH E. BARROWS (Bar No. 253278)
2   WEIL, GOTSHAL & MANGES LLP
    Silicon Valley Office
3   201 Redwood Shores Parkway
    Redwood Shores, CA  94065
4   Telephone: (650) 802-3000
    Facsimile: (650) 802-3100
5
                                                *E-FILED - 10/8/09*
6   Attorneys for Plaintiff
    GEORGE REED, III
7

8                  UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12   GEORGE REED, III,                    Case No. C-01-20070-RMW(PR)

13            Plaintiff,

14       v.                               **[] ORDER WRIT OF
                                          HABEAS CORPUS AD
15   OFFICER E. ROMANS, et. al.,          TESTIFICANDUM**

16            Defendants.

17                                        Date:   November 18, 2009
                                          Time:  9:00 A.M.
18                                        Place:   Courtroom 6, 4th Floor
                                          Honorable:  Judge Ronald M. Whyte
19

20

21

22          George Reed, III, inmate H-85916/B2-107, a necessary and material party in

23   proceedings in this case, is confined in Kern Valley State Prison, 3000 West Cecil Ave, Delano,

24   CA 93216-5103.  To secure his participation, it is necessary that a Writ of Habeas Corpus ad

25   Testificandum issue commanding the custodian to produce the inmate before this Court,

26   Courtroom 6, 4th Floor, United States Courthouse, 280 South 1st Street, San Jose, CA 95113 on

27   November 18, at 9:00 a.m.

28   ///

1          ACCORDINGLY, IT IS ORDERED that:

2

3        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of Kern Valley State Prison to produce this inmate before this Court, Courtroom 6, 4th Floor, United States Courthouse, 280 South 1st Street, San Jose, CA 95113 on November 18, 2009, at 9:00 a.m., and from day to day until completion of court proceedings or as ordered by the Court; and

7        2. The Clerk of the Court is directed to serve a courtesy copy of this order and Writ of Habeas Corpus ad Testificandum on Heidi Vervoort, Kern Valley State Prison, 3000 West Cecil Avenue, P.O. Box 6000, Delano, CA 93216.

10        <u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

12    TO:    KELLY HARRINGTON, WARDEN OF KERN VALLEY STATE PRISON:

14        WE COMMAND you to produce the inmate named above to appear before the United States District Court at the time and place above; thereafter to return the inmate to the above institution.

18        FURTHER, you have been ordered to notify the Court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

22  Dated: October 8, 2009

Ronald M. Whyte

Honorable Ronald M. Whyte
U.S. District Court Judge