1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
   ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-6392     Fax: (510) 238-6500
   X01688/598793
5
   Attorneys for Defendant
6  Estate of Officer E. Romans

*E-FILED - 10/8/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE REED, III, | Case No. C-01-20070-RMW(PR) |
| Plaintiff, | STIPULATION AND [XXXXXXXX ORDER FOR DEPOSITION OF PLAINTIFF GEORGE REED |
| v. | |
| OFFICER ROMANS, et al. | |
| Defendants. | |

By and through their respective counsel, the parties stipulate to allow the deposition of Plaintiff GEORGE REED, who is presently incarcerated at Kern Valley State Prison, to go forward pursuant to F.R.Civ.P. 30 and notice by defendant. Good cause for this order exists, as the deponent is a party to the action whose testimony is relevant to his claims and will assist trial preparation.

DATED: October 1, 2009     OFFICE OF THE CITY ATTORNEY OF OAKLAND

By://s//ARLENE M. ROSEN
Attorneys for Defendant
Estate of Officer E. Romans

1 | DATED: October 2, 2009         WEIL, GOTSHAL & MANGES, LLP

By://s//SARAH BARROWS
Attorneys for Plaintiff
GEORGE REED, III

| XXXXXXXX | **ORDER**

IT IS HEREBY ORDERED that the deposition of Plaintiff GEORGE REED, presently incarcerated at Kern Valley State Prison, shall proceed pursuant to notice.

DATED: __ 10/8/09 _____

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE